THOMAS D. ROTH, CAL. BAR NO. 208601
LAW OFFICES OF THOMAS D. ROTH
ONE MARKET, SPEAR TOWER, SUITE 3600
SAN FRANCISCO, CALIFORNIA 94105
TELEPHONE:  (415) 293-7684
FACSIMILE: (415) 276-2376
Email:  rothlaw1@comcast.net

Attorneys for Plaintiffs
FRIENDS OF OCEANO DUNES, INC. and
WILLIAM D. KNOFF,
as a member of Friends
and individually

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF OCEANO DUNES, INC., a California not-for-profit corporation and association, and WILLIAM D. KNOFF,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, SALLY JEWELL, in her official capacity as Secretary of the Interior; DANIEL ASHE, in his official capacity as Director, U.S. Fish and Wildlife Service, MICHAEL BRADY, in his official capacity as Guadalupe-Nipomo Dunes National Wildlife Refuge Manager, U.S. DEPARTMENT OF THE INTERIOR, and the GUADALUPE-NIPOMO DUNES NATIONAL WILDLIFE REFUGE,<br><br>Defendants. | **Case No.: 2:15-cv-01964 MCE-EFB**<br><br>**ORDER**<br><br><br>Judge: Hon. Morrison C. England, Jr. |

## Order

WHEREAS, the Court having considered Plaintiffs' unopposed request for voluntary dismissal with prejudice, the Court GRANTS dismissal with prejudice. No costs are awarded to either party.

IT IS SO ORDERED.

Dated:  October 21, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE